UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEXTER WELCH | Civil Action No. 3:24-CV-00422 |
| Plaintiff, | Judge: Waverly D. Crenshaw, Jr.<br>Magistrate Judge: Barbara D. Holmes |
| v. | **JURY DEMAND** |
| UNITED NETWORK FOR ORGAN SHARING; and VANDERBILT UNIVERSITY MEDICAL CENTER, | |
| Defendants. | |

## PLAINTIFF'S NOTICE OF MOTION FOR RECONSIDERATION OF ORDER ON SUMMARY JUDGMENT

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE THAT** pursuant to Local Rule 7.01(a), Federal Rule of Civil Procedure 54(b), and to *Rodriguez v. Tennessee Laborers Health & Welfare Fund*, 89 F. App'x 949, 958–59 (6th Cir. 2004), Plaintiff Dexter Welch ("Plaintiff"), will, and hereby does, move this Court to reconsider its Opinion (ECF No. 118) and Order (ECF No. 119) on Summary Judgment (collectively the "Opinion"). Pursuant to Local Rule 7.01(a)(1), Plaintiff met and conferred with counsel for Defendants regarding the substance of this motion for reconsideration on February 20, 2025, where Defendants' counsel stated their intent to oppose. Supporting Declaration of Matthew L. Venezia ¶ 2.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: February 21, 2025 | *s/Matthew L. Venezia* |
| | Matthew L. Venezia, *Pro Hac Vice* |
| | California Bar No. 313812 |
| | Christopher W. Arledge, *Pro Hac Vice* |
| | California Bar No. 200767 |
| | George B. A. Laiolo, *Pro Hac Vice* |
| | California Bar No. 329850 |
| | Andrew R. Iglesias, *Pro Hac Vice* |
| | ELLIS GEORGE LLP |
| | 2121 Avenue of the Stars, 30th Floor |
| | Los Angeles, California 90067 |
| | Telephone: (310) 274-7100 |
| | Email: mvenezia@ellisgeorge.com |
| | Email: carledge@ellisgeorge.com |
| | Email: glaiolo@ellisgeorge.com |
| | Email: aiglesias@ellisgeorge.com |
| | |
| | *s/Jeffrey A. Greene* |
| | Jeffrey A. Greene |
| | Tennessee Bar No. 84135 |
| | 1852 Wilson Pike |
| | Franklin, TN 37067 |
| | Telephone: (615) 477-4917 |
| | Email: jeff@jgreene.us |
| | |
| | *Attorneys for Plaintiff Dexter Welch* |

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 21, 2025 the foregoing **PLAINTIFF'S NOTICE OF MOTION FOR RECONSIDERATION OF ORDER ON SUMMARY JUDGMENT** has been served via CM/ECF, the Court's electronic case filing system, on all parties and counsel registered with the CM/ECF system in this action as follows:

| | |
|---|---|
| Attorneys for Defendant<br>UNITED NETWORK FOR ORGAN SHARING | Attorneys for Defendant<br>VANDERBILT UNIVERSITY MEDICAL CENTER |
| George H. Cate, III<br>Kimberly M. Ingram-Hogan<br>Bradley Arant Boult Cummings LLP<br>1221 Broadway, Suite 2400<br>Nashville, TN 37203<br>Telephone: (615) 244-2582<br>Facsimile: (615) 252-6380<br>Email: gcate@bradley.com<br>Email: kingram@bradley.com | Erin Polly<br>Terrence M. McKelvey<br>Emma Wolfe<br>K&L Gates LLP<br>501 Commerce Street, Suite 1500<br>Nashville, TN 37203<br>Telephone: (615) 780-6700<br>Facsimile: (615) 780-6799<br>Email: erin.polly@klgates.com<br>Email: terrence.mckelvey@klgates.com<br>Email: emma.wolfe@klgates.com |
| Daniel M. Blouin<br>Thomas G. Weber<br>Tyler C. Richards<br>Winston & Strawn LLP<br>35 W Wacker Drive<br>Chicago, IL 60601-9703<br>Telephone: (312) 558-7544<br>Telephone: (312) 558-3260<br>Email: dblouin@winston.com<br>Email: tgweber@winston.com<br>Email: trichards@winston.com | |

*s/ Matthew L. Venezia*
Matthew L. Venezia