UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **DEXTER WELCH,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action Number 3:24-CV-422 |
| | ) | District Judge Waverly D. Crenshaw, Jr. |
| **UNITED NETWORK FOR ORGAN** | ) | Magistrate Judge Barbara D. Holmes |
| **SHARING and VANDERBILT** | ) | Jury Demand |
| **UNIVERSITY MEDICAL CENTER,** | ) | |
| | ) | |
| Defendants. | ) | |

## MAY 30, 2025, JOINT REPORT REGARDING PLAINTIFF'S CONDITION AND RESOLUTION STATUS

On March 19, 2025, the Court entered an Order and instructed Plaintiff Dexter Welch ("Welch") and Defendants United Network for Organ Sharing and Vanderbilt University Medical Center ("VUMC") to provide weekly reports every Friday regarding Welch's condition and the actions in which the parties have engaged to resolve this matter. (Docket Entry 139). Regarding Welch's condition, the parties respectfully notify the Court that Welch was not seen in the VUMC Transplant Clinic this week. Based upon his last presentation, Welch continued to experience positive progress in his kidney function with a serum creatinine level of .97 mg/dL. Welch remained on intravenous antibiotics for his previously-diagnosed urinary tract infection / cystitis and was scheduled to stop those antibiotics on June 6, 2025. Home physical therapy evaluated Welch on May 19, 2025, and determined that he was appropriately functional and that he did not need physical therapy. Regarding resolution efforts, the parties respectfully notify the Court that the parties are continuing to engage in discussions with the mediator and that they will continue to engage in these discussions in an effort to reach a resolution of this matter.

Respectfully submitted,

ELLIS GEORGE LLP

Dated: May 30, 2025

*s/Matthew L. Venezia*
Matthew L. Venezia, *Admitted Pro Hac Vice*
California Bar No. 313812
Christopher W. Arledge, *Admitted Pro Hac Vice*
California Bar No. 200767
George B. A. Laiolo, *Admitted Pro Hac Vice*
California Bar No. 329850
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Email: mvenezia@ellisgeorge.com
Email: carledge@ellisgeorge.com
Email: glaiolo@ellisgeorge.com

Jeffrey A. Greene
Tennessee Bar No. 84135
1852 Wilson Pike
Franklin, TN 37067
Telephone: (615) 477-4917
Email: jeff@jgreene.us

*Attorneys for Plaintiff Dexter Welch*


/s/ Erin Palmer Polly
Erin Palmer Polly (#22221)
erin.polly@klgates.com
Terrence M. McKelvey (#36531)
terrence.mckelvey@klgates.com
Emma R. Wolfe (#37409)
emma.wolfe@klgates.com
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
(615) 780-6700
(615) 780-6799

*Counsel for Defendant Vanderbilt University Medical Center*

2

/s/ Daniel M. Blouin
George H. Cate, III (BPR #12595)
Kimberly M. Ingram-Hogan (BPR #35191)
Bradley Arant Boult Cummings LLP
1221 Broadway, Suite 2400
Nashville, TN 37203
Telephone: (615) 244-2582
Facsimile: (615) 252-6380
Email: gcate@bradley.com
Email: kingram@bradley.com

Daniel M. Blouin (admitted *pro hac vice*)
Thomas G. Weber admitted *pro hac vice*)
Tyler C. Richards (admitted *pro hac vice*)
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: dblouin@winston.com
Email: tgweber@winston.com
Email: trichards@winston.com

*Counsel for Defendant United Network for Organ Sharing*

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing has been served upon Filing Users via the electronic filing system and on other counsel via U.S. Mail, first-class postage prepaid, this May 30, 2025, on the following:

| | |
|---|---|
| Matthew L. Venezia<br>George B. A. Laiolo<br>Christopher W. Arledge<br>Andrew Iglesias<br>Ellis George LLP<br>2121 Avenue of the Stars, 30th Floor<br>Los Angeles, California 90067<br><br>Jeffrey Alan Greene<br>1852 Wilson Pike<br>Franklin, Tennessee 37067 | Daniel M. Blouin<br>Thomas G. Weber<br>Tyler Richards<br>Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, Illinois 60601-9703<br><br>George H. Cate, III<br>Kimberly M. Ingram-Hogan<br>Bradley Arant Boult Cummings LLP<br>1221 Broadway, Suite 2400<br>Nashville, Tennessee 37203 |

/s/ Erin Palmer Polly