IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| DEXTER WELCH ) | |
| ) | Case No. 3:24-cv-00422 |
| v. ) | Judge Crenshaw |
| ) | Magistrate Judge Holmes |
| UNITED NETWORK FOR ORGAN ) | |
| SHARING *et al.* ) | |

# O R D E R

Pending before the Court are six separate motions to seal filed by Plaintiff Dexter Welch, Defendant United Network for Organ Sharing ("UNOS") and Defendant Vanderbilt University Medical Center ("VUMC"). (Docket Nos. 76, 85, 93, 101, 107, 111.) In their most recent status report, the parties state they will participate in mediation on August 20, 2025. (Docket No. 161.) Under the entirety of the circumstances, including the progression and development of this case (*see e.g.* Docket Nos. 140, 141), the Court finds it most prudent to preserve the status quo regarding the motions to seal and therefore directs the Clerk to **TERMINATE** the motions at Docket Nos. 76, 85, 93, 101, 107, and 111 as pending without prejudice to the Court's reinstatement of the motions to seal at a later date, either *sua sponte* or upon motion of a party (or the parties).

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge