# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **DEXTER WELCH,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 3:24-cv-00422 |
| **UNITED NETWORK FOR ORGAN SHARING, et al.,** | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

On October 6, 2025, the Court held a status conference to discuss the upcoming trial. For the reasons discussed on the record, the Court **MODIFIES** the Trial Setting Order (Doc. No. 153) as follows:

1. The parties shall file their motions to exclude expert and supporting memorandums of law on or before Monday, **October 20, 2025**;

2. The parties shall file their responses to the motion to exclude expert on or before Monday, **October 27, 2025**; and

3. The Court will hold an evidentiary hearing on the parties' motions to exclude expert at 9:00 a.m. CST on Thursday, **November 13, 2025**, and Friday, **November 14, 2025**.

The parties shall file the reports of the experts that they expect to be subject to challenge as soon as practicable.

The parties are further required to resume filing weekly status reports on Welch's physical condition and their progress on settlement each Friday. As discussed, this Friday's report, due on **October 10, 2025**, should include (1) an anticipated date that Plaintiff will file a notice from his

physician that he is cognitively capable of handling this case; (2) whether Defendants responded to Plaintiff's most recent mediation proposal and if that response has led to, or the parties reasonably anticipate may lead to, settlement; (3) whether settlement communications between the parties remain ongoing; and (4) a date the parties believe would be optimal for mediation, which must include representatives from each party.

Finally, Plaintiff is reminded that if anything arises that impacts his ability to participate in the upcoming trial, his counsel shall inform the Court and Defendants within 24 hours of becoming aware of those circumstances.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE