*Motion (177) is **GRANTED**.*
*/s/ Waverly D. Crenshaw, Jr.*
*US DISTRICT JUDGE*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **DEXTER WELCH,** | ) |
|    Plaintiff, | ) |
| v. | ) Civil Action Number 3:24-CV-422 |
| | ) District Judge Waverly D. Crenshaw, Jr. |
| **UNITED NETWORK FOR ORGAN SHARING and VANDERBILT UNIVERSITY MEDICAL CENTER,** | ) Magistrate Judge Barbara D. Holmes |
| | ) Jury Demand |
|    Defendants. | ) |

## JOINT NOTICE REGARDING RESOLUTION IN PRINCIPLE AND MOTION TO STAY CERTAIN DEADLINES

      Plaintiff Dexter Welch and Defendants United Network for Organ Sharing and Vanderbilt University Medical Center respectfully notify the Court that they reached a resolution in principle of this matter on October 14, 2025, and that they are in the process of documenting that resolution. The parties respectfully move the Court to stay certain of the upcoming deadlines to provide them an opportunity to focus on documenting the resolution, specifically the October 20, 2025, deadline to file motions to exclude experts and the October 27, 2025, deadline to respond to motions to exclude experts. (Docket Entry 171).