# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DEXTER WELCH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED NETWORK FOR ORGAN )<br>SHARING and VANDERBILT )<br>UNIVERSITY MEDICAL CENTER, )<br>)<br>Defendants. ) | Civil Action Number 3:24-CV-422<br>District Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Barbara D. Holmes<br>Jury Demand |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by Plaintiff Dexter Welch and Defendants United Network for Organ Sharing and Vanderbilt University Medical Center that this action is DISMISSED WITH PREJUDICE and that all parties are to pay their own attorneys' fees, costs, and expenses. This Stipulation is offered to comply with the Court's order requiring this matter be closed by November 17, 2025. (ECF No. 182). A settlement agreement is finalized but not yet fully effectuated in that one party is in the process of completing its settlement obligations, which it expects to do within the next 30 days. Plaintiff thus reserves the right to reinstate this matter for the purpose of enforcing the settlement agreement should all obligations not be met within 30 days.

Dated: November 17, 2025

Respectfully submitted,

ELLIS GEORGE LLP

*s/Matthew L. Venezia*
Matthew L. Venezia, *Admitted Pro Hac Vice*
California Bar No. 313812
Christopher W. Arledge, *Admitted Pro Hac Vice*
California Bar No. 200767
George B. A. Laiolo, *Admitted Pro Hac Vice*
California Bar No. 329850
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Email: mvenezia@ellisgeorge.com
Email: carledge@ellisgeorge.com
Email: glaiolo@ellisgeorge.com

Jeffrey A. Greene
Tennessee Bar No. 84135
1852 Wilson Pike
Franklin, TN 37067
Telephone: (615) 477-4917
Email: jeff@jgreene.us

*Attorneys for Plaintiff Dexter Welch*


/s/ Erin Palmer Polly
Erin Palmer Polly (#22221)
erin.polly@klgates.com
Terrence M. McKelvey (#36531)
terrence.mckelvey@klgates.com
Emma R. Wolfe (#37409)
emma.wolfe@klgates.com
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
(615) 780-6700
(615) 780-6799

*Counsel for Defendant Vanderbilt University Medical Center*

/s/ Daniel M. Blouin
George H. Cate, III (BPR #12595)
Kimberly M. Ingram-Hogan (BPR #35191)
Bradley Arant Boult Cummings LLP
1221 Broadway, Suite 2400
Nashville, TN 37203
Telephone: (615) 244-2582
Facsimile: (615) 252-6380
Email: gcate@bradley.com
Email: kingram@bradley.com

Daniel M. Blouin (admitted *pro hac vice*)
Thomas G. Weber admitted *pro hac vice*)
Tyler C. Richards (admitted *pro hac vice*)
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: dblouin@winston.com
Email: tgweber@winston.com
Email: trichards@winston.com

*Counsel for Defendant United Network for Organ Sharing*

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing has been served upon Filing Users via the electronic filing system and on other counsel via U.S. Mail, first-class postage prepaid, this November 18, 2025, on the following:

| | |
|---|---|
| Matthew L. Venezia<br>George B. A. Laiolo<br>Christopher W. Arledge<br>Andrew Iglesias<br>Ellis George LLP<br>2121 Avenue of the Stars, 30th Floor<br>Los Angeles, California 90067<br><br>Jeffrey Alan Greene<br>1852 Wilson Pike<br>Franklin, Tennessee 37067 | Daniel M. Blouin<br>Thomas G. Weber<br>Tyler Richards<br>Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, Illinois 60601-9703<br><br>George H. Cate, III<br>Kimberly M. Ingram-Hogan<br>Bradley Arant Boult Cummings LLP<br>1221 Broadway, Suite 2400<br>Nashville, Tennessee 37203 |

/s/ Erin Palmer Polly
