> Motion (186) is **GRANTED** and Doc. No. 175 shall be stricken.
>
> *Waverly D. Crenshaw, Jr.*
> US DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DEXTER WELCH | Civil Action No. 3:24-CV-00422 |
| Plaintiff, | Judge: Waverly D. Crenshaw, Jr. |
| | Magistrate Judge: Barbara D. Holmes |
| v. | |
| | **JURY DEMAND** |
| UNITED NETWORK FOR ORGAN SHARING; and VANDERBILT UNIVERSITY MEDICAL CENTER, | |
| Defendants. | |

## JOINT MOTION TO STRIKE

To assist the Court with preparing for forthcoming *Daubert* motions, on October 7, 2025, Vanderbilt University Medical Center ("VUMC") filed the expert reports of Dr. Alden M. Doyle, Dr. Ronald Parsons, and Dr. Alexander Clark Wiseman, Jr., redacting certain sensitive health information concerning the plaintiff, Mr. Dexter Welch ("Welch"). ECF No. 173. VUMC then filed a Motion seeking leave to file the unredacted versions of those expert reports under seal (the "Motion to Seal"). ECF No. 174. VUMC explained that it did not believe that the expert reports warranted sealing because Welch placed his medical condition and treatment at issue in this lawsuit and that it requested leave to file the expert reports under seal at Welch's request. Because the case has now settled and the Court will not be required to review any *Daubert* motions, Welch and VUMC hereby stipulate to strike the Motion to Seal and not file unredacted versions of the above-referenced expert reports.

Case 3:24-cv-00422    Document 188    Filed 11/26/25    Page 1 of 1 PageID #: 7547
3082413